**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-6645**

───────────────

OPHEILA AZRIEL DE'LONTA,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE; M. V. SMITH, Doctor; R.
HULBERT, Doctor; C. J. ANGLIKER, Doctor;
DOCTOR WRAY; DOCTOR SWETTER,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-99-642-7)

───────────────

Submitted: July 27, 2000          Decided: August 4, 2000

───────────────

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

───────────────

Affirmed in part and dismissed in part by unpublished per curiam
opinion.

───────────────

Opheila Azriel De'Lonta, Appellant Pro Se. William W. Muse, Assis-
tant Attorney General, Richmond, Virginia; George W. Wooten, Peter
Duane Vieth, WOOTEN & HART, P.C., Roanoke, Virginia; Heather Marie
Kofron, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for
Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Opheila Azriel De'Lonta appeals from the district court's order denying a temporary restraining order and preliminary injunctive relief. To the extent De'Lonta appeals the denial of a temporary restraining order, no circumstance warrants excepting this case from the general rule that such denials are ordinarily not apealable. See Virginia v. Tenneco, Inc., 538 F.2d 1026, 1029-30 (4th Cir. 1976). We therefore dismiss this portion of the appeal. Insofar as De'Lonta appeals the denial of an injunction, we find that the court applied the proper legal standard and did not abuse its discretion. See Direx Israel, Ltd. v. Breakthrough Medical Corp., 952 F.2d 802, 814-15 (4th Cir. 1991). Accordingly, we affirm on the reasoning of the district court. See De'Lonta v. Angelone, No. CA-99-642-7 (W.D. Va. January 13, 2000). Finally, we deny DeLonta's motion to expedite appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART; DISMISSED IN PART

2